# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIN NEUGER, an individual; MARSHALL MANLEY, an individual; MARSHALL MANLEY, Administrator of the MARSHALL MANLEY ROTH IRA; and PETER A. FEINSTEIN, md, DIRECTOR AND Trustee of the PETER A. FEINSTEIN MD PC PROFIT SHARING PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> ALAN SALKE, an individual and DIANE SALKE, an individual, <br><br> Defendants. | CASE NO.: CV 14-08040 AB(JCx) <br><br> [PROPOSED] JUDGMENT |

  This action came on for trial before this Court, sitting without a jury, on October 18-21 and 25, 2016, the Honorable André Birotte Jr. presiding.  Having considered the admissible evidence presented by the parties, the arguments of counsel, the supplemental briefing, along with the demeanor and credibility of witnesses and all papers and exhibits, the Court issued its findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure on June 20, 2018.

  Finding there is no just reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered as follows:

1. Judgment is entered in favor of plaintiff Win Neuger ("Neuger") and against defendant Alan Salke ("Salke") on Neuger's claim for conversion. Neuger shall recover from Salke damages in the amount of $130,291.

2. Judgment is entered in favor of plaintiff Marshall Manley ("Manley"), an individual and Administrator of the Marshall Manley Roth IRA, and against defendant Alan Salke on Manley's claims for breach of fiduciary duty and conversion. Manley shall recover from Salke damages in the amount of $305,313, which includes the amount assigned to Manley by his son, Chasen Manley.

3. Judgment is entered in favor of plaintiff Peter A. Feinstein, MD ("Feinstein"), Director and Trustee of the Peter A. Feinstein MD Profit Sharing Plan, and against defendant Alan Salke on Feinstein's claims for breach of fiduciary duty and conversion. Feinstein shall recover from Salke damages in the amount of $386,730.

**IT IS SO ORDERED.**

Dated: 7/2/2018

_____
Honorable André Birotte Jr.

SUBMITTED BY:
Dempsey Law P.C.
Michael D. Dempsey (State Bar No. 43310)
Rebecca A. Asuan-O'Brien (State Bar No. 235646)
1880 Century Park East, Suite 516
Los Angeles, CA 90067

Counsel for Defendant, Gertrude Fox

I:\Netdat\34388\004\RAOB062118 Prop Jdgmt (mby Rev).docx